**LEVIN-EPSTEIN & ASSOCIATES, P.C.**

420 Lexington Avenue • Suite 2458 • New York, New York 10170
T: 212.792.0048 • E: Jason@levinepstein.com

August 28, 2026

***Via Electronic Filing***
The Hon. James R. Cho, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Chavarria Aguilera v. ILJ, Inc. et al*
Case No.: 1:26-cv-04778

Dear Honorable Judge Cho:

This law firm is counsel to Defendants ILJ, Inc., Myung Hun Lee, and Don Seung Lee (collectively, the "Defendants"), in the above-referenced matter.

Pursuant to Your Honor's Individual Motion Practice Rules, this letter respectfully serves to request a *nunc pro tunc* extension of time to answer the Complaint filed on August 5, 2026 [Dckt. No. 1] (the "Complaint") by Plaintiff Rudy Fernando Chavarria Aguilera (the "Plaintiff") from September 7, 2026 to, through and including, October 7, 2026. This is the first request of its kind. Counsel for Plaintiff has neither consented, nor objected to, the instant request.

The basis of the request is that the undersigned law firm is in the process of investigating the allegations of Plaintiff's Complaint, and gathering information from the necessary parties, following their recent retention. Defendants also respectfully require additional time to investigate the allegations of Plaintiff's Complaint, before meeting-and-conferring with the undersigned, and answering the Complaint.

In light of the foregoing, it is respectfully requested that the Court grant a *nunc pro tunc* extension of time to answer Plaintiff's Complaint from September 7, 2026 to, through and including, October 7, 2026.

Thank you, in advance, for your time and attention to this matter.

Respectfully submitted,

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: */s/ Jason Mizrahi*
Jason Mizrahi
420 Lexington Avenue, Suite 2458
New York, NY 10170
Tel. No.: (212) 792-0048
Email: Jason@levinepstein.com
*Attorneys for Defendants*

VIA ECF: All Counsel